UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

WILLIAM STEVEN ALEJANDRO, also
known as SAAD KHANJAR WARWAR,

                Plaintiff,

       v.

JOHN F. KELLY, Secretary of
Department of Homeland Security,
and ANNE ARRIES CORSANO, District
Director of U.S. Citizenship and
Immigration Services for Seattle,
WA,

                Defendants.

No. 4:17-CV-05052-EFS

**ORDER DISMISSING CASE**

On June 6, 2017, Plaintiff William Steven Alejandro filed a Notice of/Motion for Voluntary Dismissal, ECF No. 7. As no opposing party has filed an answer or motion for summary judgment, Plaintiff is entitled to immediate dismissal of this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Therefore, **IT IS HEREBY ORDERED:**

    **1.** Plaintiff's Notice of/Motion for Voluntary Dismissal, **ECF No. 7**, is **GRANTED.**

    **2.** All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorney fees.

    **3.** All pending motions are **DENIED AS MOOT.**

    **4.** All hearings and other deadlines are **STRICKEN.**

1    **5.**    The Clerk's Office is directed to **CLOSE** this file.

2    **IT IS SO ORDERED.**    The Clerk's Office is directed to enter this

3    Order and provide copies to all counsel.

4    **DATED** this __13th____ day of June 2017.

5

6    _____s/Edward F. Shea_____
                    EDWARD F. SHEA
             Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26